## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

In Re:                                   Case No.:        17-30217/JNP

 Kenneth Kirkland                        Chapter:              7

                                         Judge:               JNP

---

### NOTICE OF PROPOSED ABANDONMENT

    JOSEPH D. MARCHAND    ,     TRUSTEE    in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |

If an objection is filed, a hearing will be held before the Honorable     Jerrold N. Poslusny, Jr.    on     December 19, 2017     at    10:00    a.m. at the United States Bankruptcy Court, Courtroom no.     4C    . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | Real Property:<br>168 Spring Garden Street*<br>Woodstown, NJ<br>FMV - $153,635.00<br>*Debtor only has a 50% interest in the Property |

| | |
|---|---|
| Liens on property: | Bank of America - $123,331.00<br>Bank of America - $32,638.00 |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:       /s/ Joseph D. Marchand, Chapter 7 Trustee

Address:       117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302

Telephone No.:   (856) 451-7600

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-30217-JNP
Kenneth L. Kirkland                                                       Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Nov 15, 2017
                             Form ID: pdf905          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
```
db           +Kenneth L. Kirkland,    617 Cedar Crest Lane,   Carney's Point, NJ 08069-9645
517105992    +Advanced Orthopedic Centers,   159 Bridgeton Pike, Bldg D,   Mullica Hill, NJ 08062-2669
517105993    +Anna S. Fiddler, Court Officer,   PO Box 315,   Woodbury Heights, NJ 08097-0315
517114869    +BMW Bank of North America,   Ascension Capital Group,   P.O. Box 165028,
              Irving, TX 75016-5028
517105995    +Bank of America,    4909 Saverese Circle,   Tampa, FL 33634-2413
517105996    +Bank of America Home Loans,    PO Box 31785,   Tampa, FL 33631-3785
517105997    +Barclays Bank,    Card Services,   PO Box 8802,   Wilmington, DE 19899-8802
517105998     Capital One,   Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT 84130-0285
517105999    +Chase Bank,    PO Box 15298,   Wilmington, DE 19850-5298
517106001    +Comenity Bank,   Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
517106002    +Cox Communications,    6205 Peachtree Dunwoody Rd.,   Atlanta, GA 30328-4524
517106003    +Credit Management,    4200 International Parkway,   Carrollton, TX 75007-1912
517106016   ++FIRST SAVINGS BANK,    PO BOX 5096,   SIOUX FALLS SD 57117-5096
             (address filed with court: MetaBank Capital Credit,    PO Box 5065,   Sioux Falls, SD 57117)
517106008    +GLELSI,    PO Box 7860,   Madison, WI 53707-7860
517106009    +Golden Valley Lending,   635 East Highway 20 East,   Upper Lake, CA 95485-8793
517106010    +Grand Canyon University,   3300 W. Camelback Road,   Phoenix, AZ 85017-1097
517106013    +Liberty University,   Student Accounts Office,   PO Box 10425,   Lynchburg, VA 24506-0425
517106014    +Linda Mur,   168 Spring Garden Street,   Woodstown, NJ 08098-1129
517106018     National Credit Adjusters,   PO Box 3023-327 W. 4th Street,   Hutchinson, KS 67504
517106020    +Park Gardens LLC,   PO Box 12,   Swedesboro, NJ 08085-0012
517106023    +Terry Stomel, Esq.,    Adler and Stomel,   52 Market Street,   Salem, NJ 08079-1902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2017 23:09:39    U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2017 23:09:37    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517105994    +E-mail/Text: bk@avant.com Nov 15 2017 23:10:09    Avant,   222 N. LaSalle Street, Suite 1700,
              Chicago, IL 60601-1101
517106000    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 15 2017 23:10:05
              Comcast Cable,   1 Comcast Center,   Philadelphia, PA 19103-2899
517106004    +E-mail/PDF: creditonebknotifications@resurgent.com Nov 15 2017 23:06:45    Credit One Bank,
              PO Box 98873,   Las Vegas, NV 89193-8873
517106005    +E-mail/Text: bnc-bluestem@quantum3group.com Nov 15 2017 23:10:10    Fingerhut,
              6250 Ridgewood Road,   St. Cloud, MN 56303-0820
517106006    +E-mail/Text: ebn@ltdfin.com Nov 15 2017 23:09:23    First Savings Credit card,
              c/o LTD Financial Services,   7322 Southwest Freeway, Suite 1600,   Houston, TX 77074-2134
517106007    +E-mail/Text: fggbanko@fgny.com Nov 15 2017 23:08:54    Foster, Garbus And Garbus,
              7 Banta Place,   Hackensack, NJ 07601-5604
517106011    +E-mail/Text: accountservices@greenlineloans.com Nov 15 2017 23:09:58    GreenLine Loans,
              PO Box 507,   Hays, MT 59527-0507
517106012     E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 23:09:11    Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517106015    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2017 23:13:08    LVNV Funding,
              PO Box 10584,   Greenville, SC 29603-0584
517106017    +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2017 23:09:36    Midland Credit Management,
              2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
517106019    +E-mail/PDF: cbp@onemainfinancial.com Nov 15 2017 23:06:35    One Main Financial,
              Bankruptcy Dept.,   PO Box 64,   Evansville, IN 47701-0064
517106021    +E-mail/Text: recovery@paypal.com Nov 15 2017 23:08:48    PayPal Credit,
              c/o Comenity Capital Bank,   PO Box 45950,   Omaha, NE 68145-0950
517106022    +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:07:11    Synchrony Bank,
              Attn:  Bankruptcy Dept.,   PO Box 965060,   Orlando, FL 32896-5060
517107384    +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2017 23:07:11    Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517106024    +E-mail/PDF: ais.bmw.ebn@americaninfosource.com Nov 15 2017 23:06:42    Up2Drive,   PO Box 3608,
              Dublin, OH 43016-0306
```
                                                                          TOTAL: 17

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0312-1          User: admin            Page 2 of 2          Date Rcvd: Nov 15, 2017
                             Form ID: pdf905         Total Noticed: 38

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
          Jill T. Bryan    on behalf of Debtor Kenneth L. Kirkland jtb.assistant1@verizon.net
          Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-34CB, MORTGAGE
           PASS-THROUGH CERTIFICATES, SERIES 2005-34CB rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 4